UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:

ROBERT M. WALLACH,

                    Debtor.

Case No. 808-74601-reg

Chapter 11

----------------------------------------------------------------x

**ORDER AND NOTICE FOR HEARING
ON DISCLOSURE STATEMENT**

To the debtor, its creditors, and other parties in interest:

    A disclosure statement and a plan under chapter 11 of the Bankruptcy Code having been filed by the Debtor, Robert M. Wallach, on August 22, 2011 [Docket #s 295 and 296],

IT IS ORDERED, and notice is hereby given, that:

    A hearing to consider the approval of the disclosure statement shall be held in Courtroom 860 of the Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, New York, **at 1:30 p.m. on October 5, 2011.**

    September 30, 2011 is fixed as the last day for filing and serving in accordance with Fed. R. Bankr. P. 3017(a) written objections to the disclosure statement. Written objections shall be filed with the Court and served upon the Debtor's counsel at the address below, so as to be received by the objection deadline stated above.

    On or before August 30, 2011, the Debtor shall distribute the disclosure statement and plan in accordance with Fed. R. Bankr. P. 3017(a).

    Requests for copies of the disclosure statement and plan shall be mailed to the Debtor's counsel at:

David H. Wander, Esq.
Davidoff Malito & Hutcher LLP
605 Third Avenue
34th Floor
New York, NY 10158



**Dated: Central Islip, New York
August 26, 2011**

_/s/ Robert E. Grossman_
**Robert E. Grossman
United States Bankruptcy Judge**